# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | Chapter 11 |
| GRUPO HIMA SAN PABLO, INC., | Case No. 23-02510 (ESL) |
| Debtor.                    (EIN #8245) | (Jointly Administered) |
| In re: | Chapter 11 |
| CENTRO MEDICO EL TURABO, INC., | Case No. 23-02513 (ESL) |
| Debtor.                    (EIN #5905) | |
| In re: | Chapter 11 |
| HIMA SAN PABLO PROPERTIES, INC., | Case No. 23-02515 (ESL) |
| Debtor.                    (EIN #2718) | |
| In re: | Chapter 11 |
| PORTAL DE CAGUAS, INC., | Case No. 23-02516 (ESL) |
| Debtor.                    (EIN #4874) | |
| In re: | Chapter 11 |
| GENERAL CONTRACTING SERVICES, INC., | Case No. 23-02517 (ESL) |
| Debtor.                    (EIN #4903) | |
| In re: | Chapter 11 |
| IA DEVELOPERS, CORP., | Case No. 23-02519 (ESL) |
| Debtor.                    (EIN #4128) | |
| In re: | Chapter 11 |
| CMT DEVELOPMENT, LLC, | Case No. 23-02520 (ESL) |
| Debtor.                    (EIN #4351) | |
| In re: | Chapter 11 |
| JOCAR ENTERPRISES, INC. | Case No. 23-02521 (ESL) |
| Debtor.                    (EIN #5849) | |

| | |
|---|---|
| In re: <br><br> JERUSALEM HOME AMBULANCE, INC. <br><br> Debtor.　　　　　　(EIN #0175) | Chapter 11 <br><br> Case No. 23-02522 (ESL) |
| In re: <br><br> HOST SECURITY SERVICES, INC. <br><br> Debtor.　　　　　　(EIN #8802) | Chapter 11 <br><br> Case No. 23-02523 (ESL) |

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Jeffrey P. Nolan, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Pachulski Stang Ziehl & Jones with offices at:

> 10100 Santa Monica Blvd., 13th Floor
> Los Angeles, California 90067
> Telephone number (310) 277-6910
> Facsimile number (310) 201-0760
> email: jnolan@pszjlaw.com

2. Applicant will sign all pleadings with the name Jeffrey P. Nolan.

3. Applicant has been retained personally or as a member of the above-named firm by Canon Medical Systems USA Inc. to provide legal representation in connection with the above-styled matter now pending before the United States Bankruptcy Court for the District of Puerto Rico.

4. Since 1991, Jeffrey P. Nolan, the applicant has been and presently is a member in good standing of the bar of the highest court of the State of California, where applicant regularly practices law. Applicant's bar license number is 158923.

Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| United States Bankruptcy Court:<br>    Central District of California<br>    Southern District of California<br>    Eastern District of California | 1991 |
| United States District Court, Central District of California | 1991 |
| United States Bankruptcy Court,<br>    Southern District of New York<br>    Eastern District of New York | 2007,<br>2015 |
| United States District Court, Western District of New York | 2023 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters: Not applicable.

10. Local counsel of record associated with applicant in this matter is:

    Name:                José A. Moreda del Valle
    USDC-PR Bar No.:  229401
                                José A. Moreda del Valle Law Office
    Address             4002 Aurora St.
                                Ponce PR 00717-1513
    Telephone No.:    787-842-1609
    Fax No.:            787-842-1604
    Email:               jmoreda@jmdvlaw.com

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only

Dated: October 12, 2023

Jeffrey P. Nolan
Printed Name of Applicant

[signature]
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

José A. Moreda del Valle
Printed Name of Local Counsel

/s/ José A. Moreda del Valle
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

[signature]
Signature of Applicant

```
   COURTS/USDC-PR
150 AVE CARLOS CHARDON S
   SAN JUAN, PR 00918
      (787) 772-3036

         SALE

                REF#: 00000002
Batch #: 286001 RRN: 570100002
10/13/23
                       14:03:52
APPR  CODE: 03958G
VISA                      Chip
************5267          **/**

AMOUNT         $300.00
         229401 MOREDA-DEL VALLE, JOSE A.
```



## U.S. District Court

### United States District Court

Receipt Date: Oct 13, 2023 2:06PM

Rcpt. No: 108489         Trans. Date: Oct 13, 2023 2:06PM         Cashier ID: #VD

| CD  | Purpose       | Case/Party/Defendant                  | Qty | Price  | Amt    |
|-----|---------------|---------------------------------------|-----|--------|--------|
| 111 | Pro Hac Vice  | DPRX197NA000003 /002<br>CLERK USDC    | 1   | 300.00 | 300.00 |

| CD | Tender      | Amt |
|----|-------------|-----|
| CC | Credit Card | $300.00 |

|  |  |
|--|--|
| Total Due Prior to Payment: | $300.00 |
| Total Tendered: | $300.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 23-2510 (ESL) PRO HAC VICE OF JEFFREY P. NOLAN THRU 229401 MOREDA-DEL VALLE, JOSE A.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.