**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**GRUPO HIMA SAN PABLO INC**<br>**dba MEDIKO INC, dba CMT CENTRALIZADOS,**<br>**dba HIMA SAN PABLO CUPEY–SNF, dba HIMA**<br>**SAN PABLO CAGUAS, dba HIMA SAN PABLO**<br>**HUMACAO**<br><br>**66–0668245**<br><br>Debtor(s) | Case No. **23–02510 ESL**<br><br>Chapter **11**<br><br>FILED & ENTERED ON 10/16/23 |

***ORDER***

The motion filed by Jeffrey P. Nolan requesting for pro hac vice admission (docket #347) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, October 16, 2023 .

Enrique S. Lamoutte
United States Bankruptcy Judge