IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-02510-ESL11 |
| GRUPO HIMA SAN PABLO INC | Chapter 11 |
| Debtor(s) | FILED & ENTERED ON OCT/17/2023 |

ORDER

The motion filed by Caribbean Med, Inc. (Docket Entry #245) is hereby denied. The request was filed and entered, and then referred to the court. Notwithstanding the request has turned moot by the approved bidding procedures.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17 day of October, 2023.

Enrique S. Lamoutte
United States Bankruptcy Judge