United States Bankruptcy Court
District of Puerto Rico

In re:                                                                                     Case No. 23-02510-ESL

GRUPO HIMA SAN PABLO INC                                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 03, 2023 | Form ID: pdf002 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

**Recip ID**           **Recipient Name and Address**
db                  +  GRUPO HIMA SAN PABLO INC, PO BOX 4980, CAGUAS, PR 00726-4980

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2023           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXIS FUENTES HERNANDEZ | on behalf of Creditor Plan de Salud Menonita  Inc. fuenteslaw@icloud.com, FuentesLawOfficesLLC@jubileebk.net |
| ALEXIS A BETANCOURT VINCENTY | on behalf of Debtor GRUPO HIMA SAN PABLO INC a_betancourt@lugomender.com  wlugo@lugomender.com |
| AMARYS VELLISE BOLORIN-SOLIVAN | on behalf of Debtor GRUPO HIMA SAN PABLO INC a.bolorin@lugomender.com |
| ANGEL SOSA BAEZ | on behalf of Creditor Linde Puerto Rico  B.V. asosa@tcmrslaw.com |
| ATARA MILLER | on behalf of Creditor Alter Domus (US) LLC amiller@milbank.com AutoDocketECF@milbank.com;atara-miller-2100@ecf.pacerpro.com |
| Alastair Gesmundo | |

District/off: 0104-3                        User: admin                            Page 2 of 3
Date Rcvd: Nov 03, 2023                     Form ID: pdf002                    Total Noticed: 1

on behalf of Creditor UNITED STATES OF AMERICA alastair.m.gesmundo@usdoj.gov

Angel Eduardo Portilla

on behalf of Creditor Committee Grupo de Radioterapia del Norte  PSC aps.law@live.com

BEATRIZ HERNANDEZ TORO

on behalf of Creditor UNIVERSAL CARE CORPORATION beatriz.hernandezpr@gmail.com  G25647@notify.cincompass.com

BRIAN K TESTER

on behalf of Interested Party Fajardo Integrated Medical Center  L.L.C. btester@talawpr.com

CARMEN D CONDE TORRES

on behalf of Creditor CONSEJO DE TITULARES TORRE SAN PABLO notices@condelaw.com  conde.associates@gmail.com

CAROLINA VELAZ RIVERO

on behalf of Interested Party PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY
cvelaz@mpmlawpr.com  carolina.velaz@gmail.com;iadorno@mpmlawpr.com

CHARLES ALFRED CUPRILL

on behalf of Creditor Puerto Rico Hospital Supply Inc. cacuprill@cuprill.com
ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

FERNANDO VAN DERDYS

on behalf of Creditor MUNICIPAL REVENUE COLLECTION CENTER (CRIM) fvanderdys@gmail.com
fvanderdys@yahoo.com;fvander@reichardescalera.com

FRANCISCO E COLON RAMIREZ

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Grupo HIMA San Pablo  Inc., et al.
fecolon@colonramirez.com, fecolon@gmail.com;colonramirez@ecf.courtdrive.com

GABRIEL MIRANDA RIVERA

on behalf of Creditor Island Healthcare  LLC gabriel.miranda@oneillborges.com,
rebeca.rodriguez@oneillborges.com;gabriel.miranda@ecf.courtdrive.com;docket_clerk@oneillborges.com

HECTOR E. PEDROSA

on behalf of Interested Party Eastern Health  LLC hectorpedrosa@gmail.com

HERMANN D BAUER ALVAREZ

on behalf of Creditor Island Healthcare  LLC herman@oneillborges.com,
rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer
@ecf.courtdrive.com

Humberto Guzman

on behalf of Creditor Committee Angelica Perez Garcia-Barbon and Laura Davila Otero hguzman@grllaw.net
assistant@grllaw.net

IGNACIO LABARCA MORALES

on behalf of Interested Party PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY
ilabarca@mpmlawpr.com  ijlabarca@ecf.courtdrive.com;iadorno@mpmlawpr.com

IVAN M CASTRO ORTIZ

on behalf of Creditor MUNICIPALITY OF BAYAMON icastro@alblegal.net

Ileana M. Oliver

on behalf of Interested Party AM Acquisition I  LLC oliver.assocs@gmail.com

JESUS M RIVERA DELGADO

on behalf of Creditor Advanced Copy Group Inc jrivera@jesusriveradelgado.com

JOSE A MOREDA DEL VALLE

on behalf of Creditor CANON MEDICAL SYSTEMS USA  INC. bankruptcy@jmdvlaw.com

JUAN C FORTUNO FAS

on behalf of Creditor Commercial Equipment Finance  Inc. bkfilings@fortuno-law.com, fortuno@ecf.inforuptcy.com

JUAN CARLOS BIGAS VALEDON

on behalf of Creditor JOSE RAMON CRUZ DIAZ cortequiebra@yahoo.com
juancbigaslaw@gmail.com;bigasvaledon.juancb124167@notify.bestcase.com

JULIO GUZMAN CARCACHE

on behalf of U.S. Trustee US TRUSTEE julio.guzman@usdoj.gov  jguzman.ecf@gmail.com

Jae Won Ha

on behalf of Creditor U.S. Department of Health and Human Services jae.won.ha@usdoj.gov

Jeffrey Williams

on behalf of Creditor Committee Herminio Colon  Elizabeth Amaro, Jose Miguel Amaro, Ivette Delgado, and minors Y.J.A.,
Z.S.G.A., and Y.M.G.A. jeffrey.williams@indianowilliams.com

Juan M Suarez-Cobo

on behalf of Interested Party TODTLY GROUP  INC. suarezcobo@gmail.com,
pennyrose@legalpartnerspr.com;ecf.suarezcobo@gmail.com;R40319@notify.bestcase.com;maribel@legalpartnerspr.com;LegalP
artnersPSC@jubileebk.net;cmecf-notices@legalpartnerspr.com

District/off: 0104-3                          User: admin                                    Page 3 of 3
Date Rcvd: Nov 03, 2023                       Form ID: pdf002                          Total Noticed: 1

Juan M. Martinez
    on behalf of Creditor Committee Grupo Intensivo Pediatrico  CSP jmartinez@fgm-law.com, rmartinez@fgm-law.com

LUIS C MARINI BIAGGI
    on behalf of Interested Party PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY
    lmarini@mpmlawpr.com  lmarini@ecf.courtdrive.com;iadorno@mpmlawpr.com

MARY ANN GANDIA
    on behalf of Creditor ASOCIACION DE CONDOMINES HIMA PLAZA I gandialaw@gmail.com

MIGDA L RODRIGUEZ COLLAZO
    on behalf of Interested Party DEPARTMENT OF HEALTH FOR THE COMMONWEALTH OF PUERTO RICO
    bankruptcyjusticia.gobierno.pr@gmail.com  mlrcbankruptcy@gmail.com

MIGUEL E GIERBOLINI GIERBOLINI
    on behalf of Creditor CONSEJO DE TITULARES INSTITUTO SAN PABLO miguelgierbolini@gmail.com
    krizia.rosado21@gmail.com

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

MYRNA L RUIZ OLMO
    on behalf of Interested Party Caribbean Med  Inc. mro@prbankruptcy.com, lsg@prbankruptcy.com

Matthew L. Brod
    on behalf of Creditor Alter Domus (US) LLC MBrod@milbank.com

NAYUAN ZOUAIRABANI TRINIDAD
    on behalf of Creditor Alter Domus (US) LLC nzt@mcvpr.com

RAFAEL A GONZALEZ VALIENTE
    on behalf of Creditor AxisCare Health Logistic Inc rgv@g-glawpr.com  zi@g-glawpr.com

Ricardo Castro-Vargas
    on behalf of Creditor Softwareone Puerto Rico  Inc. notificacion.rcvlaw@gmail.com

US TRUSTEE
    ustpregion21.hr.ecf@usdoj.gov

WIGBERTO LUGO MENDER
    on behalf of Debtor GRUPO HIMA SAN PABLO INC wlugo@lugomender.com  LMGroup.LLC.Law@gmail.com

WILLIAM J ALEMANY
    on behalf of Creditor CONSEJO DE TITULARES TORRE SAN PABLO w.alemany@condelaw.com  wja2007@gmail.com

WILLIAM M VIDAL
    on behalf of Creditor Triple-S Advantage  Inc. william.m.vidal@gmail.com


TOTAL: 44

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>GRUPO HIMA SAN PABLO, INC.<br><br>Debtor | CASE NO. 23-02510 (ESL)<br><br>CHAPTER |
| IN RE:<br><br>CENTRO MEDICO EL TURABO, INC.<br><br>Debtor | CASE NO. 23-02513 (ESL)<br><br>CHAPTER 11 |
| IN RE:<br><br>HIMA SAN PABLO PROPERTIES, INC.<br><br>Debtor | CASE NO. 23-02515 (ESL)<br><br>CHAPTER 11 |
| IN RE:<br><br>PORTAL DE CAGUAS, INC.<br><br>Debtor | CASE NO. 23-02516 (ESL)<br><br>CHAPTER 11 |
| IN RE:<br><br>GENERAL CONTRACTING SERVICES, INC.<br><br>Debtor | CASE NO. 23-02517 (ESL)<br><br>CHAPTER 11 |
| IN RE:<br><br>IA DEVELOPERS, CORP.<br><br>Debtor | CASE NO. 23-02519 (ESL)<br><br>CHAPTER 11 |
| IN RE:<br><br>CMT DEVELOPMENT, LLC.<br><br>Debtor | CASE NO. 23-02520 (ESL)<br><br>CHAPTER 11 |
| IN RE:<br><br>JOCAR ENTERPRISES, INC.<br><br>Debtor | CASE NO. 23-02521 (ESL)<br><br>CHAPTER 11 |

-1-

IN RE:

JERUSALEM HOME AMBULANCE, INC.

    Debtor

CASE NO. 23-02522 (ESL)

CHAPTER 11

IN RE:

HOST SECURITY SERVICES, INC.

      Debtor

CASE NO. 23-02523 (ESL)

CHAPTER 11

FILED & ENTERED NOV/03/2023

## ORDER AND NOTICE

    This case is before the court upon the *Emergency Motion For Entry Of An Order (I) Approving The Second Amendment To The Dip Credit Agreement And (II) Granting Related Relief* (the "**Motion**", Docket No. 433)[1] filed today, November 3, 2023, by Grupo Hima San Pablo, Inc. and its affiliated debtors in the above-captioned chapter 11 cases (collectively, the "**Chapter 11 Cases**"), as debtors and debtors in possession (collectively, the "**Debtors**"), seeking $3 million in additional DIP financing on an emergency basis.

    A foreseeable event does not constitute an emergency. See *e.g.*, In re Triumph Christian Ctr., Inc., 493 B.R. 479 (Bankr. S.D. Tex. 2013) (noting that financial challenges, including limited funds, are not only foreseeable at the time of a debtor's Chapter 11 case, but in fact expected by a Chapter 11 debtor). It appears from the record that the Debtors will be moving the court for emergency payroll relief on a weekly basis. By way of example, the order approving the DIP facility was entered on September 29, 2023 (the "**DIP Order**", Docket No. 286), and expanded on October 27, 2023 (Docket No. 417). The Motion before the court was filed at 11:30 AM today, one week later.

    Objections, if any, to the Motion shall be filed on or before **Wednesday, November 8, 2023, at 4:00 PM** (the "**Objection Deadline**"). A hearing on the approval of the Motion and any timely filed objections thereto shall be scheduled by separate order, if needed. If no objections

---

[1]  The motion[s] was[were] filed in each of the captioned Chapter 11 Cases. Reference, however, is made only to docket entries in Lead Case No. 23-02510. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

are timely filed on or before the Objection Deadline, the court may enter, at its discretion, an interim order granting the relief requested in the Motion, and vacating the hearing.

Nevertheless, the court notes *SL Funding 3, LLC's Motion To Vacate DIP Financing Order And Objection To Sale Of Caguas Assets* (Case No. 23-02516, Docket No. 316), which is *sub judice*, and clarifies that no order granting and/or expanding the DIP Order may affect senior lien holder who have not received proper or adequate notice.

The court also notes that the Motion seeks $3 million in additional new money, in exchange for a supplemental DIP roll-up of approximately $12 million plus further encumbrance of the Debtors' real estate assets and funds. See Docket No. 433-1, p. 3. It is unclear, at this juncture, whether the Debtors have any unencumbered assets, what liens are being primed, and to what extent.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of November 2023.

Enrique S. Lamoutte
United States Bankruptcy Judge

-3-